# EXHIBIT "A"



**Service of Process Transmittal**
01/13/2022
CT Log Number 540879416

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** Process Served in Florida

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: RODRIGUEZ THERESE DALLAIRE // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, First Request |
| **COURT/AGENCY:** | Broward County Circuit Court, FL<br>Case # CACE22000087 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 05/27/2019, at 1101 Military Trail Road, Deerfield Beach, Florida 33442 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/13/2022 at 10:29 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Carissa Kranz<br>Law Offices of Carissa Kranz<br>3801 PGA Blvd., Suite 600<br>Palm Beach Gardens, FL 33410<br>866-529-1114 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/13/2022, Expected Purge Date: 01/18/2022<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / EC



## PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Jan 13, 2022

**Server Name:** Susan Pineiro

| Entity Served | WALMART INC. |
|---|---|
| Case Number | cace 22-000087 DIV. 14 |
| Jurisdiction | FL |



Filing # 141175553 E-Filed 12/31/2021 04:28:22 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

THERESE DALLAIRE RODRIGUEZ,   CASE NO.:

    Plaintiff,

v.

WALMART INC., a Foreign Profit Corporation,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on:

    **Defendant**:    WALMART INC., a foreign profit corporation
                      c/o C T Corporation System, as registered agent
                      1200 South Pine Island Road
                      Plantation, FL 33324

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements.

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 12/31/2021 04:28:21 PM.****

You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que

votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un

2

service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Carissa Kranz, Esquire
Florida Bar No. 89554
Law Offices of Carissa Kranz, P.A.
3801 PGA Boulevard, Suite 600
Palm Beach Gardens, FL 33401
Tel: 866-529-1114

Dated:     JAN 04 2022

                            CLERK OF THE CIRCUIT COURT
                            As Clerk of the Court

                            As Deputy Clerk
                            **BRENDA D. FORMAN**

3

Filing # 141175553 E-Filed 12/31/2021 04:28:22 PM

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

THERESE DALLAIRE RODRIGUEZ,   CASE NO.:

    Plaintiff,

v.

WALMART INC., a Foreign Profit Corporation,

    Defendant.
_____/

### PLAINTIFF'S COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

**COMES NOW**, the Plaintiff, THERESE DALLAIRE RODRIGUEZ, by and through undersigned counsel, and hereby sues the Defendant, WALMART INC., a Foreign Profit Corporation, and alleges as follows:

### GENERAL ALLEGATIONS

1. This is a cause of action for damages in excess of Thirty Thousand One Dollars ($30,001.00) exclusive of costs, interest, and attorneys' fees as to each identified defendant.

2. At all times material hereto, Plaintiff, THERESE DALLAIRE RODRIGUEZ, was and is a resident of Broward County, Florida, was over the age of majority, and is otherwise *sui generis*.

3. At all times material hereto, Defendant, WALMART INC., a Foreign Profit Corporation, is a duly organized corporation existing under and by virute of the law of the State of Florida.

4. At all times material hereto, Defendant, WALMART INC., was and is presently authorized to do and is conducting business in the State of Florida as a retail store; and, in fact, conducts business in Broward County, Florida.

5. At all times material hereteo, Defendant, WALMART INC., owns, operates, manages, and/or controls the premises and retail store known as Walmart which is located at 1101 Military Trail Road, Deerfield Beach, FL 33442.

6. The subject property where the Plaintiff's injuries, as alleged herein, occurred is located at: 1101 Military Trail Road, Deerfield Beach, FL 33442 ("SUBJECT PROPERTY"). The venue is proper in this Court as the incident subject to this lawsuit occurred in Broward County, Florida.

7. At all times material hereto, Defendant, WALMART INC., was and is the owner, operator of, and had dominion and control of the common areas of the SUBJECT PROPERTY.

8. Upon information and belief, Defendant, WALMART INC., has/had a duty to properly maintain, fix, or otherwise comply with all applicable local and state codes and regulations with regard to the SUBJECT PROPERTY and more particularly where the incident occurred.

9. The undersigned tried to resolve this matter in good faith however, representatives of the Defendant refused and the Plaintiff was forced to file this lawsuit.

10. At all times material, the circumstances giving rise to this cause of action occurred within the geographical boundaries of Broward County, Florida.

11. Venue is proper in this Court as the subject accident of this lawsuit. occurred in Broward County, Florida

12. All conditions precedent to the filing of this lawsuit have been waived or occurred.

## COUNT I
## NEGLIGENCE OF WALMART INC.

Plaintiff realleges and reavers paragraphs 1 through and including 12, above, as if fully set forth herein and would further state:

13. On or about May 27, 2019, the Plaintiff, THERESE DALLAIRE RODRIGUEZ, was a guest/invitee and otherwise had permission to visit and walk upon the SUBJECT PROPERTY as a business invitee and customer of Defendant's retail store.

14. The Plaintiff was traversing throughout the store near the check-out lanes at the front of Defendant's retail store. Unbeknownst to the Plaintiff, the floor near the checkout lanes was uneven creating a raised wedge which caused Plaintiff to trip and fall.

15. The Plaintiff, THERESE DALLAIRE RODRIGUEZ, tripped and slammed on the floor striking her right hand and body along the left side. This slip and fall was due to the negligent acts and omissions of the Defendant, WALMART INC., in that it negligently created a dangerous or negligent condition.

16. At all times material hereto, Defendant, WALMART INC., owned, operated, maintained and exercised dominion and control over its premises or property located at: 1101 Military Trail Road, Deerfield Beach, FL 33442.

17. As the entity responsible for owning, operating, maintaining and controlling its premises, Defendant, WALMART INC., owed a non-delegable duty to the Plaintiff and its invitee to take all reasonable steps to ensure safety while on the SUBJECT PROPERTY.

18. As the entity responsible for owning, operating, maintaining and controlling its premises, Defendant, WALMART INC., owed a non-delegable duty to the Plaintiff and its

invitees to take all reasonable steps to maintain and repair all hazardous conditions on the SUBJECT PROPERTY.

19. As the entity responsible for owning, operating, maintaining and controlling its premises, Defendant, WALMART INC., owed a non-delegable duty to the Plaintiff and its invitees to take warn of any danger and hazardous condition present on the SUBJECT PROPERTY.

20. That Defendant, WALMART INC., breached its non-delegable duty by allowing a hazardous conditio to exist on the subject property which caused the Plaintiff to sustain injuries.

21. That Defendant, WALMART INC., was on notice of the dangerous and hazardous condition at the subject property because it existed long enough for the Defendant to know and/or the Defendant should have known of its existence.

22. That Defendant, WALMART INC., failed to inspect, maintain and/or repair the subject property in order to ensure the safety of its business invitees including Plaintiff.

23. Defendant, WALMART INC., breached its non-delegable duty to the Plaintiff by carelessly and negligently failing to properly maintain its premises or warn the Plaintiff of the dangers on its premises. The Defendant, WALMART INC., breached its duties of care owed to the Plaintiff in its actions and inactions.

24. That at the time and place aforesaid, the Defendant, WALMART INC., so recklessly or negligently maintained, operated or controlled said premises as to cause the Plaintiff, THERESE DALLAIRE RODRIGUEZ, to be injured thereon at a time when the Defendant, WALMART INC., caused the premises to be unsafe, and knew, or by the exercise of

ordinary care, should have known, that the said area was not in a reasonably safe condition commensurate with the circumstances of its use by patrons.

25. At the aforesaid time and place the Defendant, WALMART INC., failed to exercise proper care in maintaining the said area in a safe condition.

26. Employed incompetent, inexperienced, unskilled or careless employees and/or failed to exercise proper supervision of said employees in maintaining the said area in a proper, safe condition, thereby causing serious injuries to the Plaintiff, THERESE DALLAIRE RODRIGUEZ, as herein alleged.

27. That at the time and place aforesaid, the Defendant, WALMART INC., knew or should have known of the existence of the dangerous walking environment and fall hazard for a period of time sufficient to put the Defendant, WALMART INC., on notice, and the Defendant, WALMART INC., failed under its duty to both repair the area or warn guests/invitees of said condition, or in the alternative, the Defendant, WALMART INC., employees knew of the existence of the "dangerous environment" in the area, and in the exercise of their duty to maintain the said area in a reasonably safe condition for their invitees' use, so carelessly and negligently maintained said area that it was, in fact, a hazard, and it caused the Plaintiff, THERESE DALLAIRE RODRIGUEZ, to fall violently substantially injuring herself.

28. As a direct and proximate result of the negligence of the Defendant, WALMART INC., the Plaintiff, THERESE DALLAIRE RODRIGUEZ, suffered damages including but not limited to: bodily injury and resulting pain and suffering, disability, disfigurement, scarring, mental anguish, emotional distress, loss of capacity for the enjoyment of life, expense of hospitalization, medical care and treatment, loss of earnings, loss of ability to earn money, and

aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer losses in the future.

**WHEREFORE**, Plaintiff, THERESE DALLAIRE RODRIGUEZ, demands judgment against the Defendant, WALMART INC., a Foreign Profit Corporation, for monetary and compensatory damages, the costs and expenses of this litigation, and any other such relief to which the Plaintiff may be entitled. Plaintiff further demand trial by jury.

Dated: **December 31, 2021**

Respectfully Submitted,

By: /s/ Carissa Kranz, Esq.
Carissa Kranz, Esq.
Attorney for Plaintiff
FL Bar# 89554
LAW OFFICES OF CARISSA KRANZ
3801 PGA Blvd., Suite 600
Palm Beach Gardens, FL 33410
Phone: (866) 529-1114
Fax: (866) 529-4040
Service e-mail: ckranz@injurylegalfirm.com